# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4976
_____

STEPHEN LAURENCE GATZKE,

Appellant,

v.

DEPARTMENT OF FINANCIAL
SERVICES,

Appellee.

_____

On appeal from Department of Financial Services.

August 8, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard A. Greenberg of Rumberger, Kirk & Caldwell, Tallahassee, for Appellant.

Chase E. Den Beste, Tallahassee, for Appellee.